IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00192-08-CR-W-BP |
| ) | |
| ANTHONY D. HUNTER, ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS OR FOR BILL OF PARTICULARS

A grand jury returned a superseding indictment (the "Indictment") on October 17, 2023, charging nine individuals, including Defendant Anthony Hunter, in a racketeering conspiracy involving, among other things, the distribution of several controlled substances, robbery, and murder. (Doc. 89.) Defendant filed a Motion to Dismiss, alleging the Indictment is insufficient and, in the alternative, requesting a bill of particulars; the Government opposes the Motion.

On November 12, 2024, the Honorable W. Brian Gaddy issued a Report recommending that Defendant's Motion be denied. (Doc. 148.) No party objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(b)(5). The Court agrees with the Report's conclusions, specifically that (1) the Indictment sufficiently alleges the necessary elements and underlying facts of each crime charged and (2) that the sufficient indictment and the Government's open file discovery policy render a bill of particulars unnecessary. Judge Gaddy's Report is adopted in its entirety, and Defendant's Motion to Dismiss or for a Bill of Particulars, (Doc. 130), is **DENIED**.

**IT IS SO ORDERED.**

                                                          /s/ Beth Phillips
                                                          BETH PHILLIPS, CHIEF JUDGE
DATE: January 13, 2025                           UNITED STATES DISTRICT COURT